Form B 250B (12/09)

# United States Bankruptcy Court
## District Of NEVADA

| | | |
|---|---|---|
| In re ASSET RESOLUTION LLC. , | ) | Case No. 09-32824-RCJ |
| Debtor | ) | |
| | ) | Chapter 7 |
| THE CLAIMS RECOVERY TRUST | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 13-01197-RCJ |
| JOE ABEL GODINES and | ) | |
| LERIN HILLS, LTD | ) | |
| Defendant | ) | |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

SUMMONS ISSUED TO: JOE ABEL GODINESS

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  Clerk, U.S. Bankruptcy Court
300 Las Vegas Blvd. South
Las Vegas, NV 89101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: FRANCIS B. MAJORIE
3514 CEDAR SPRINGS ROAD
DALLAS, TX 75219

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address:
Lloyd D. George U.S. Courthouse USDC NV
333 Las Vegas Blvd. So., Las Vegas, NV 89101

Room: 4b
Date and Time: 2/13/2014
9:00 a.m.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Mary S. Schott (Clerk of the Bankruptcy Court)

Date: 10/31/13          By: /s/ Michelle Hess (Deputy Clerk)

## CERTIFICATE OF SERVICE

I, _Thomas Annis_ (name), certify that service of this summons and a copy of the complaint was made _10/31/13_ (date) by:

[X] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
   Joe Abel Godines
   19723 La Sierra Blvd.
   San Antonio, TX 78256

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _10/31/13_          Signature _Thomas Annis_

Print Name : _Thomas Annis_

Business Address: _3514 Cedar Springs Road_
_Dallas, TX 75219_

Form B 250B (12/09)

# United States Bankruptcy Court
## District Of NEVADA

In re ASSET RESOLUTION LLC. ,           )       Case No. 09-32824-RCJ
          Debtor                        )
                                        )       Chapter 7
THE CLAIMS RECOVERY TRUST               )
          Plaintiff                     )
                                        )
                                        )       Adv. Proc. No. 13-01197-RCJ
          v.                            )
JOE ABEL GODINES and                    )
LERIN HILLS, LTD                        )
          Defendant                     )

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

SUMMONS ISSUED TO: JOE ABEL GODINESS

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  Clerk, U.S. Bankruptcy Court
                       300 Las Vegas Blvd. South
                       Las Vegas, NV 89101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:  FRANCIS B. MAJORIE
                                           3514 CEDAR SPRINGS ROAD
                                           DALLAS, TX 75219

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

Address:                                        Room: 4b
Lloyd D. George U.S. Courthouse USDC NV         Date and Time: 2/13/2014
333 Las Vegas Blvd. So., Las Vegas, NV 89101                   9:00 a.m.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                        Mary S. Schott      (Clerk of the Bankruptcy Court)

Date: 10/31/13          By: /s/ Michelle Hess (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, _Thomas Annis_ (name), certify that service of this summons and a copy of the complaint was made _10/31/13_ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Joe Abel Godines
4820 Bacon Road
San Antonio, TX 78249

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _10/31/13_          Signature _Thomas Annis_

Print Name : _Thomas Annis_

Business Address: _3514 Cedar Springs Road_
_Dallas, TX 75219_